UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:10-CR-133 |
| ) | |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| JUAN MORRIS ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of each the Indictments in cases 1:10-cr-133 (10-30009-MJR (S.D. Ill.)) and 1:09-cr-142-003; (2) accept Defendant's plea of guilty to Count One of each of the Indictments; (3) adjudicate Defendant guilty of the charges set forth in Count One of each of the Indictments; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter (Court File No. 3). Neither party filed a timely objection to the R&R. After reviewing the record, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 3) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of each of the Indictments is **GRANTED**;

(2) Defendant's plea of guilty to Count One of each of the Indictments is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of each of the Indictments;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, February 17, 2011 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**